UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| GOODY'S, LLC, *et al.*,[1] | : |  |
|  | : | Case Number 09-10124 (CSS) |
| Debtors. |  | (Jointly Administered) |
|  | : |  |

---

|  |  |  |
|---|---|---|
| *In re* | : |  |
|  | : |  |
| GOODY'S FAMILY CLOTHING, INC., *et al.*, | : | Chapter 11 |
|  | : |  |
|  | : | Case Number 08-11133 (CSS) |
| Debtors. |  |  |
|  | : |  |

---

**NOTICE OF APPEAL FROM ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 6004(h) APPROVING AND AUTHORIZING THE SETTLEMENT BY AND BETWEEN THE GOODY'S II DEBTORS, THE PLAN ADMINISTRATOR FOR THE ESTATES OF GOODY'S FAMILY CLOTHING, INC., *ET AL.*, PRENTICE CAPITAL MANAGEMENT, LP, PGDYS LLC AND PGDYS LENDING LLC, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN GOODY'S II**
**(RELATED TO DOCKET ENTRY #s 449 (09-10124), 1288 (08-11133))**

Roberta A. DeAngelis, Acting United States Trustee for Region 3, by and through her counsel, appeals from this Court's March 6, 2009 order (entered on March 6, 2009) pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004(h) approving and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Goody's, LLC (9573), New SYNDOOG LLC (2047); New Trebor of TN, LLC (2157); New GOFAMCLO, LLC (2268); New Goody's Giftco, LLC (2366); New Goody's MS, L.P. (2490); New GFCTX, L.P. (2581); New Goody's IN, L.P. (3191); New GFCTN, L.P. (3266); New GFCGA, L.P. (3366); New Goody's ARDC, L.P. (3486); New Goody's Retail MS, L.P. (3527); New Goody's Holding TN, LLC (3620); and new Goody's TNDC, L.P. (3673). The mailing address for Goody's, LLC, New SYNDOOG, LLC and New GOFAMCLO LLC is 1209 Orange Street, Wilmington, DE 19801. The mailing address for New Goody's Giftco, LLC is 265 Commonwealth Avenue, Suite 500, Wytheville, VA 24382. The mailing address for the remaining Debtors is 400 Goody's Lane, Knoxville, TN 37922.

authorizing the settlement by and between the Goody's II Debtors, the Plan Administrator for the estates of Goody's Family Clothing, Inc., *et al.*, Prentice Capital Management, LP, PGDYS LLC and PGDYS Lending LLC, and the Official Committee of Unsecured Creditors in Goody's II (Docket Entry #s 449 (09-10124), 1288 (08-11133)).  A copy of the order is attached as Exhibit A.

The parties to the appeal and their counsel are listed below.

**ROBERTA A. DeANGELIS**
**ACTING UNITED STATES TRUSTEE FOR REGION 3**

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
 Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Phone (302) 573-6491
Fax (302) 573-6497
joseph.mcmahon@usdoj.gov

**GOODY'S II DEBTORS**

M. Blake Cleary, Esquire
Margaret Whiteman Greecher, Esquire
Jaime N. Luton, Esquire
Nathan D. Grow, Esquire
YOUNG, CONAWAY,
  STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Phone (302) 571-6600
Fax (302) 571-1253
mbcleary@ycst.com
mgreecher@ycst.com
jluton@ycst.com
ngrow@ycst.com

**PLAN ADMINISTRATOR OF GOODY'S FAMILY CLOTHING, INC., *ET AL.***

Mark L. Desgrosseilliers, Esquire
WOMBLE, CARLYLE,
  SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Phone (302) 252-4320
Fax (302) 252-4330
Mdesgrosseilliers@wcsr.com

**PRENTICE CAPITAL MANAGEMENT, LP, PGDYS LLC AND PGDYS LENDING LLC**

Lawrence V. Gelber, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
Phone (212) 756-2000
Fax (212) 593-5955
lawrence.gelber@srz.com
david.hillman@srz.com

- and -

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
Phone (302) 467-4400
Fax (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Cathy Herschcopf, Esquire
Jeffrey L. Cohen, Esquire
Richelle Kalnit, Esquire
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY  10036-7798
Phone (212) 479-6000
Fax (212) 479-6275
cherschcopf@cooley.com
jcohen@cooley.com
rkalnit@cooley.com

-and-

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
BENESCH
222 Delaware Avenue, Suite 801
Wilmington, DE  19801-1611
Phone (302) 442-7010
Fax (302) 442-7012
bsandler@beneschlaw.com
jhoover@beneschlaw.com

                      Respectfully submitted,

                      **ROBERTA A. DeANGELIS**
                      **ACTING UNITED STATES TRUSTEE**

                      **BY:** /s/ Joseph J. McMahon, Jr.
                          Joseph J. McMahon, Jr., Esquire
                          Trial Attorney
                          United States Department of Justice
                          Office of the United States Trustee
                          J. Caleb Boggs Federal Building
                          844 King Street, Suite 2207, Lockbox 35
                          Wilmington, DE  19801
                          (302) 573-6491
Date:  March 16, 2009          (302) 573-6497 (Fax)