**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>GOODY'S FAMILY CLOTHING, INC., et al. | **ORDER** |
| GOODY'S FAMILY CLOTHING, INC., et al.,<br><br>　　　　　　Appellants,<br><br>　v.<br><br>KENTUCKY OAKS MALL COMPANY,<br><br>　　　　　　Appellee. | Civil No. 08-0902 |
| GOODY'S FAMILY CLOTHING, INC., et al.,<br><br>　　　　　　Appellants,<br><br>　v.<br><br>PR FLORENCE LLC,<br><br>　　　　　　Appellee. | Civil No. 08-0903 |
| GOODY'S FAMILY CLOTHING, INC., et al.,<br><br>　　　　　　Appellants,<br><br>　v.<br><br>UNIVERSITY MALL ASSOCIATES LLC,<br><br>　　　　　　Appellee. | Civil No. 09-0024 |
| UNITED STATES TRUSTEE,<br><br>　　　　　　Appellant,<br><br>　v.<br><br>OFFICIAL COMMITTEE OF UNSECURED | Civil No. 09-0207 |

```
CREDITORS,                            :
                                      :
                    Appellee.         :
─────────────────────────────────     :
                                      :
US TRUSTEE FOR REGION 3,              :
                                      :  Civil No. 09-0248
                    Appellant,        :
                                      :
     v.                               :
                                      :
GOODY'S II DEBTORS,                   :
                                      :
                    Appellee.         :
─────────────────────────────────     :
                                      :
US TRUSTEE,                           :
                                      :  Civil No. 09-0251
                    Appellant,        :
                                      :
     v.                               :
                                      :
GOODY'S II DEBTORS,                   :
                                      :
                    Appellee.         :
─────────────────────────────────     :
```

THIS MATTER coming before the Court upon appeal from the United States Bankruptcy Court for the District of Delaware, arising from In re Goody's Family Clothing, Inc.; and

FOR THE REASONS set forth in the Court's Order of July 30, 2009 [Dkt. No. 09-409, Ent. 14], the Court having decided to stay these appeals pending the Third Circuit's decision in In re Goody's Family Clothing Inc., Dkt. No. 09-2168 (3d Cir.);

**IT IS** on this, the **29th** day of **March 2010**, hereby

**ORDERED** that the above-captioned cases shall be **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that the Court shall **RETAIN JURISDICTION** over said

cases and shall reopen them at the proper time upon application of the parties.

                                           s/Renée Marie Bumb
                                           RENÉE MARIE BUMB
                                           United States District Judge